IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3119 |
| vs. | |
| AARON O. LEYVA, | ORDER |
| Defendant. | |

Defendant has moved for a review of the detention order. (Filing No. 18). Under 18 U.S.C. § 3142(f) the magistrate judge may review detention only if "information exists that was not known to the movant at the time of the hearing and that has a material bearing" on the amelioration of the risks of nonappearance and safety. The facts recited within Defendant's motion were either known at the time of Defendant's prior detention hearing or are not material to the court's decision on whether Defendant should be released.

Accordingly,

IT IS ORDERED that Defendant's motion to review detention, (Filing No. 18), is denied.

November 17, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge