IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARON O. LEYVA,<br><br>　　　　　Defendant. | 4:18-CR-3119<br><br>ORDER |

Based on the information before the court, Defendant was allegedly involved in a hit and run accident and is now facing state charges. This conduct, if true, violates the terms of his supervised release. After considering available options,

IT IS ORDERED that Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 1:30 p.m. on June 11, 2021.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional condition:

   a. Defendant is released and until an opening is available at the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), he shall reside at and remain in his home except during work and to attend programming.

   b. When an opening becomes available, Defendant shall reside in the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), for a period of up to 180 days in the

    correctional component, to commence at the direction of the probation officer. Defendant shall observe the rules of that facility. Defendant may be discharged earlier than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

c. If the defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

d. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

e. This order does not moot the pending petition for an offender under supervision.

Dated this 27th day of April, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge