IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON O. LEYVA,<br><br>    Defendant. | 4:18-CR-3119<br><br>ORDER |

IT IS ORDERED:

1.    The government's motion to dismiss (filing 120) is granted.

2.    The petition for offender under supervision (filing 98) is dismissed without prejudice.

3.    The February 11, 2026 hearing is cancelled.

Dated this 10th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge